UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 13-5242
(C.A. No. 03-2126)

JAMES LUTCHER NEGLEY,                            Appellee,

v.

FEDERAL BUREAU OF INVESTIGATION,              Appellant.

## MOTION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant, the Federal Bureau of Investigation, moves for voluntary dismissal of this appeal. Counsel for Appellant has conferred with Appellee's counsel who stated that "provided the FBI will make payment within 10 days of dismissal, Mr. Negley will agree to the dismissal with each party to bear its own fees and costs." Appellant's counsel understands this condition to relate to the payment stemming from the District Court's judgment, as opposed to any taxable fees or costs in connection with this appeal, if any. Appellant's counsel is unable to make any representations about the timing of the payment of amounts due based on the District Court's decision, but will take appropriate steps within ten days of the dismissal of this case to request reasonably prompt payment. Because this appeal is at its earliest

stages, Appellant's counsel respectfully submits that Appellee should not have incurred any taxable costs to date.

        RONALD C. MACHEN JR.
        United States Attorney

        R. CRAIG LAWRENCE
        Assistant United States Attorney


        /s/ *Michelle Lo*
        MICHELLE LO
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2541

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2013, the foregoing **MOTION TO DISMISS APPEAL** has been served through the Court's ECF system and a courtesy copy of the foregoing has been sent via first-class U.S. mail, postage prepaid, marked for delivery to:

Prashant Kumar Khetan
Troutman Sanders, LLP
401 9th Street, NW, Suite 1000
Washington, D.C. 20004-2134

      /s/ *Michelle Lo*
MICHELLE LO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541